1 | Douglas R. Young (Bar No. 073248)
  | dyoung@fbm.com
2 | C. Brandon Wisoff (Bar No. 121930)
  | bwisoff@fbm.com
3 | Farella Braun + Martel LLP
  | 235 Montgomery Street, 17th Floor
4 | San Francisco, CA 94104
  | Telephone: (415) 954-4400
5 | Facsimile: (415) 954-4480

6 | James A. Wilson (*pro hac vice* application
  | forthcoming)
7 | jawilson@vorys.com
  | Vorys, Sater, Seymour & Pease LLP
8 | 52 East Gay Street
  | Columbus, OH 43215
9 | Telephone: (614) 464-6400
  | Facsimile: (614) 464-6350

Attorneys for Defendant
OCLC ONLINE COMPUTER LIBRARY
CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SKYRIVER TECHNOLOGY SOLUTIONS, LLC, a California limited liability company, and INNOVATIVE INTERFACES, INC., a California corporation, | Case No. 3:10-cv-03305-JSW |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSE DATE AND SETTING BRIEFING SCHEDULE ON TRANSFER MOTION |
| vs. | |
| OCLC ONLINE COMPUTER LIBRARY CENTER, INC., | |
| Defendant. | |

Plaintiffs SKYRIVER TECHNOLOGY SOLUTIONS, LLC and INNOVATIVE INTERFACES, INC. ("Plaintiffs") and Defendant OCLC ONLINE COMPUTER LIBRARY CENTER INC. ("Defendant") by and through counsel, hereby stipulate as follows:

STIPULATION AND [PROPOSED] ORDER
DEFERRING RESPONSE DATE, etc.
Case No. 3:10-cv-03305-JSW

1. Plaintiffs filed the complaint herein on July 28, 2010. Defendant's deadline to plead or otherwise respond to the complaint is August 19, 2010.

2. Defendant contemplates filing a motion to transfer this action pursuant to 28 U.S.C. § 1404 to the United States District Court for the Southern District of Ohio where Defendant is headquartered.

3. Defendant has requested, and Plaintiffs have agreed, that Defendant's time to plead or otherwise respond to the complaint may be deferred pending this Court's ruling on the contemplated transfer motion. Plaintiffs and Defendant have agreed to the following schedule in connection with the transfer motion:

 (a) Defendant's opening brief: no later than September 9, 2010.
 (b) Plaintiffs' opposition brief: no later than September 30, 2010.
 (c) Defendant's reply brief: no later than October 14, 2010.
 (d) Hearing date: October 29, 2010 at 9:00 a.m.

4. The parties have confirmed that the Court's online Civil Calendar shows that the October 29th hearing date is currently available.

5. Following this Court's ruling on the transfer motion, Defendant will respond to the complaint within 21 days of the entry of an order denying the motion or within 21 days of receipt of the case by the transferee court if the motion is granted, unless otherwise agreed by the parties or ordered by the court.

SO STIPULATED:

Dated: August 13, 2010  SHARTSIS FRIESE LLP

  By: /s/ Robert E. Schaberg
    Robert E. Schaberg

  Attorneys for Plaintiffs
  SKYRIVER TECHNOLOGY
  SOLUTIONS, LLC and INNOVATIVE
  INTERFACES, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER
DEFFERING RESPONSE DATE, etc.
Case No. 3:10-cv-03305-JSW
- 2 -
04401\2343384.1

| | | |
|---|---|---|
| 1 | Dated: August 13, 2010 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ C. Brandon Wisoff<br>C. Brandon Wisoff |
| 4 | | Attorneys for Defendant<br>OCLC ONLINE COMPUTER LIBRARY |
| 5 | | CENTER, INC. |

I, C. Brandon Wisoff, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Deferring Response Date and Setting Briefing Schedule on Transfer Motion. In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

/s/ C. Brandon Wisoff
C. Brandon Wisoff

Pursuant to the above Stipulation, and for good cause shown,

IT IS SO ORDERED.

Dated: August 23, 2010

Hon. Jeffrey S. White
United States District Judge

---

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
DEFFERING RESPONSE DATE, etc.
Case No. 3:10-cv-03305-JSW                      - 3 -                              04401\2343384.1