IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYRIVER TECHNOLOGY SOLUTIONS
LLC and INNOVATIVE INTERFACES, INC.,

    Plaintiffs,

  v.

OCLC ONLINE COMPUTER LIBRARY
CENTER INC.,

    Defendant.
_____/

No. C 10-03305 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER VENUE**

This matter is set for a hearing on October 29, 2010 on Defendant OCLC Online Computer Library Center's motion to transfer venue. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 27, 2010 and a reply brief shall be filed by no later than October 4, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 13, 2010

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE