# Exhibit A

# WITNESSES TO BE CALLED BY PLAINTIFFS

| NAME<br>TITLE, AFFILIATION | LOCATION | SUBJECT MATTER | APPROX TRAVEL TIME TO SF | APPROX TRAVEL TIME TO OHIO |
|---|---|---|---|---|
| **Party Witnesses** | | | | |
| *SkyRiver/Innovative* | | | | |
| Straus, Leslie<br>President<br>SkyRiver Technology Solutions | 5850 Shellmound Way<br>Emeryville, CA 94608 | Effects of OCLC's policies and harm to SkyRiver | < 1 hr | 8 hrs (incl. 1 stop) |
| Markwith, Michael<br>Sales Executive<br>SkyRiver Technology Solutions | 1201 Trinidad Circle<br>Placentia, CA 92870 | Effects of OCLC's policies and harm to SkyRiver | 1-2 hrs | 8 hrs (incl. 1 stop) |
| McLaughlin, Marjorie<br>Senior Customer Sales Consultant<br>Innovative Interfaces | 4754 Vista Lane<br>San Diego, CA 92116 | Effects of OCLC's policies and harm to Innovative Interfaces | 1-2 hrs | 7-8 hrs (incl. 1 stop) |
| Shimshock, Eugene<br>VP Marketing<br>Innovative Interfaces | 5850 Shellmound Way<br>Emeryville CA 94608 | Effects of OCLC's policies and harm to Innovative Interfaces | <1 hr | 8 hrs (incl. 1 stop) |
| Hofbauer, James<br>Executive VP and CFO<br>Innovative Interfaces | 5850 Shellmound Way<br>Emeryville, CA 94608 | Effects of OCLC's policies and harm to Innnovative Interfaces | <1 hr | 8 hrs (incl. 1 stop) |
| Kline, Gerald M.<br>Owner, SkyRiver Technology Solutions<br>Chairman and Owner, Innovative Interfaces | 5850 Shellmound Way<br>Emeryville, CA 94608 | Effects of OCLC's policies and harm to SkyRiver and Innovative Interfaces | <1 hr | 8 hrs (incl. 1 stop) |
| *OCLC* | | | | |
| Jordan, Robert L.<br>President & CEO<br>OCLC | 6565 Kilgour Place<br>Dublin, OH 43017 | OCLC goals, objectives and executive decisions re: data policy, product strategy, pricing, bundling and tying; OCLC's Acquisition of Research Library Group and other companies identified in the Complaint | 8 hrs (incl. 1 stop) | — |
| De Rosa, Catherine K.<br>VP for the Americas & Global VP Mktg<br>OCLC | 6565 Kilgour Place<br>Dublin, OH 43017 | OCLC goals, objectives and executive decisions re: data policy, product strategy, pricing; sale of products outside the U.S. at prices lower than paid by U.S. libraries | 8 hrs (incl. 1 stop) | — |
| Crocco, Bruce<br>VP, Library Services for the Americas<br>OCLC | 6565 Kilgour Place<br>Dublin, OH 43017 | OCLC goals, objectives and executive decisions re: data policy, product strategy, pricing; bundling and tying | 8 hrs (incl. 1 stop) | — |
| Alford, Larry<br>Chair, OCLC Board of Trustees & Dean of University Libraries<br>Temple University | Temple University<br>University Libraries<br>1210 W. Berks St.<br>Philadelphia, PA 19122 | OCLC Board decisions re goals, objectives and decisions re: policies, data policy, product strategy; pricing, bundling and tying; Trustee compensation and decision processes within Temple U libraries | 8 hrs (incl. 1 stop) | 1-2 hrs |
| Michalko, James<br>VP Research<br>OCLC (formerly CEO of RLG) | 777 Mariners Island Blvd., Suite 550<br>San Mateo, CA 94404 | History re: negotiations for RLG merger; how terms have been met; current status of development promised to RLG members | <1 hr | 8 hrs (incl. 1 stop) |

| NAME<br>TITLE, AFFILIATION | LOCATION | SUBJECT MATTER | APPROX TRAVEL TIME TO SF | APPROX TRAVEL TIME TO OHIO |
|---|---|---|---|---|
| **OCLC** | | | | |
| Ahern, Brian<br>OCLC Library Service Consultant | 3281 E. Guasti Road, Suite 560<br>Ontario, CA 91761 | Interaction with CSULB; sales activity with other CA libraries; directives from OCLC re: sales strategy | 1-2 hrs | 8 hrs (incl. 1 stop) |
| Schottlaender, Brian<br>OCLC Trustee & University Librarian, University of California San Diego | Geisel Library<br>9500 Gilman Drive #0175-G<br>La Jolla, CA 92093 | OCLC Trustee compensation; decision processes within UCSD Libraries | 1-2 hrs | 7-8 hrs (incl. 1 stop) |
| Wilson, Lizabeth (Betsy)<br>OCLC Trustee & Dean of University Libraries, University of Washington | University of Washington Libraries Administration<br>Box 352900<br>Seattle, WA 98195 | OCLC Trustee compensation; decision processes within UW Libraries | 2 hrs | 8 hrs (incl. 1 stop) |
| **Third-Party Witnesses**<br>**Michigan State** | | | | |
| Haka, Clifford H.<br>Director of Libraries<br>Michigan State University | MSU University Libraries<br>100 Library<br>East Lansing, MI 48824 | Reasons for choosing to move to SkyRiver for cataloging; subsequent communications with OCLC and consequences of using SkyRiver | Agreed to attend trial in California | — |
| Fleck, Nancy<br>Associate Director for Technical Svcs & Systems<br>Michigan State University Libraries | MSU University Libraries<br>100 Library<br>East Lansing, MI 48824 | Reasons for choosing to move to SkyRiver for cataloging; subsequent communications with OCLC and consequences of using SkyRiver | Agreed to attend trial in California | — |
| Hyslop, Colleen<br>Senior Associate Director for Human Resources<br>Michigan State University Libraries | MSU University Libraries<br>100 Library<br>East Lansing, MI 48824 | Reasons for choosing to move to SkyRiver for cataloging; subsequent communications with OCLC and consequences of using SkyRiver | Agreed to attend trial in California | — |
| **CSU** | | | | |
| Kochan, Roman V.<br>University Library Dean & Director<br>CSU Long Beach | CSULB Libraries<br>1250 Bellflower Blvd<br>Long Beach, CA 90840 | Reasons for choosing to move to SkyRiver for cataloging; subsequent communications with OCLC and consequences of using SkyRiver | 1-2 hrs. | 8 hrs (incl. 1 stop) |
| Representative(s) of CSU San Jose Library | 150 E. San Fernando St.<br>San José, CA 95112 | Testimony re: how OCLC punitive pricing blocks move to SkyRiver | <1 hr | 8 hrs (incl. 1 stop) |
| Representative(s) of CSU Chico Library | 400 West 1st Street<br>Chico, CA 95929 | Testimony re: how OCLC punitive pricing blocks move to SkyRiver | 3-4 hrs | 7 hrs (incl 1 stop + 1-2 hr drive to Sacramento) |

2

| NAME<br>TITLE, AFFILIATION | LOCATION | SUBJECT MATTER | APPROX TRAVEL TIME TO SF | APPROX TRAVEL TIME TO OHIO |
|---|---|---|---|---|
| **UC** | | | | |
| Greenstein, Dan<br>Vice Provost for Academic Planning, Programs & Coordination, University of California | University of California<br>Office of the President<br>415 20th Street, 4th Fl<br>Oakland, CA 94612 | Process by which OCLC WorldCat was chosen and implemented as UC's next generation MELVYL catalog, and the associated costs incurred | <1 hr | 8 hrs (incl. 1 stop) |
| Farley, Laine<br>Executive Director<br>California Digital Library | University of California<br>Office of the President<br>415 20th Street, 4th Fl<br>Oakland, CA 94612 | Process by which OCLC WorldCat was chosen and implemented as UC's next generation MELVYL catalog, and the associated costs incurred | <1 hr | 8 hrs (incl. 1 stop) |
| Brostrom, Nathan<br>Executive VP, Business Operations<br>University of California System | University of California<br>Office of the President<br>415 20th Street, 4th Fl<br>Oakland, CA 94612 | Process by which OCLC WorldCat was chosen and implemented as UC's next generation MELVYL catalog, and the associated costs incurred | <1 hr | 8 hrs (incl. 1 stop) |
| Schottlaender, Brian<br>OCLC Trustee & University Librarian, University of California, San Diego | Geisel Library<br>9500 Gilman Drive<br>#0175-G<br>La Jolla, CA 92093 | Process by which OCLC WorldCat was chosen and implemented as UC's next generation MELVYL catalog, and the associated costs incurred | 1-2 hrs | 7-8 hrs (incl. 1 stop) |
| **Other** | | | | |
| Hamilton, Rita<br>Library Director, Scottsdale Public Library | Scottsdale Public Library<br>3839 N. Drinkwater Blvd<br>Scottsdale, AZ 85251 | Reasons for choosing to move from OCLC to SkyRiver for cataloging; communications with OCLC | 2 hrs | 4-5 hrs |
| Representatives from libraries associated with OCLC WorldCat Local and Navigator pilot projects in California | California | Implementation experience; reasons, inducements, costs and time involved in participation | various | 7-8 hrs (incl. 1 stop) |

5556\005\1673286.4

3

# Exhibit B

Case3:10-cv-03305-JSW   Document22-1   Filed09/27/10   Page5 of 8

## Betty Nase

**From:** Jerry Kline [jerry@iii.com]
**Sent:** Monday, September 20, 2010 2:31 PM
**To:** bnase@iii.com
**Subject:** Fwd: Testifying


X-Ninja-PIM: Scanned by Ninja
X-Ninja-AttachmentFiltering: (no action)
Subject: Testifying
Date: Mon, 13 Sep 2010 14:05:08 -0400
Thread-Topic: Testifying
Thread-Index: ActTbjLn3Q37q5ONQxG0isTrJrEwBw==
From: "Haka, Cliff" <hakac@mail.lib.msu.edu>
To: <Jerry@iii.com>
X-SEF-Processed: 7_2_0_00441__2010_09_13_11_05_12
X-SEF-Processed: 6_1_1_105__2010_09_13_11_02_24
X-MIME-Autoconverted: from quoted-printable to 8bit by iii.com id LAA28235

Hi, Jerry:

I would have no problem with testifying in California.

Cliff Haka

1

## Betty Nase

**From:** Jerry Kline [jerry@iii.com]
**Sent:** Monday, September 20, 2010 2:32 PM
**To:** bnase@iii.com
**Subject:** Fwd: Willing to testify


X-Ninja-PIM: Scanned by Ninja
X-Ninja-AttachmentFiltering: (no action)
Subject: Willing to testify
Date: Fri, 10 Sep 2010 17:00:59 -0400
Thread-Topic: Willing to testify
Thread-Index: ActRKwghs4rpgKnnQ4qiaEkbuDoN9Q==
From: "Fleck, Nancy" <fleckn@mail.lib.msu.edu>
To: <jerry@iii.com>
X-SEF-Processed: 7_2_0_00441__2010_09_10_14_01_09
X-SEF-Processed: 6_1_1_105__2010_09_10_13_58_29

Due to your recent inquiry, I am writing to state that I am more than willing to testify in San Francisco, CA. should the need arise.

Nancy W. Fleck
Associate Director for Technical Services and Systems
Michigan State University Libraries

1

## Betty Nase

**From:** Jerry Kline [jerry@iii.com]
**Sent:** Monday, September 20, 2010 2:32 PM
**To:** bnase@iii.com
**Subject:** Fwd: Testifying in California

X-Ninja-PIM: Scanned by Ninja
X-Ninja-AttachmentFiltering: (no action)
Subject: Testifying in California
Date: Fri, 10 Sep 2010 15:01:47 -0400
Thread-Topic: Testifying in California
Thread-Index: ActRGp5q5lQtGPu2QXGe/AUneS1WEQ==
From: "Hyslop, Colleen" <hyslop@mail.lib.msu.edu>
To: <jerry@iii.com>
X-SEF-Processed: 7_2_0_00441__2010_09_10_12_01_58
X-SEF-Processed: 6_1_1_105__2010_09_10_11_59_17

Hi, Jerry,

In response to your question, I am writing to confirm that I am very willing to testify in San Francisco.

Colleen

Colleen F. Hyslop
Senior Associate Director and Head of Human Resources
Michigan State University Libraries
100 Library
East Lansing, MI 48824-1048
517-884-6390
fax 517-432-3532
hyslop@msu.edu