SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
MARY JO SHARTSIS (Bar #55194)
mjshartsis@sflaw.com
ROBERT E. SCHABERG (Bar #81430)
rschaberg@sflaw.com
SIMONE M. KATZ-O'NEILL (Bar #246490)
skatz@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiffs
SKYRIVER TECHNOLOGY SOLUTIONS, LLC
and INNOVATIVE INTERFACES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYRIVER TECHNOLOGY SOLUTIONS, LLC, a California limited liability company, and INNOVATIVE INTERFACES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OCLC ONLINE COMPUTER LIBRARY CENTER, INC., an Ohio corporation,<br><br>Defendant. | Case No. C 10-03305 JSW<br><br>**DECLARATION OF JAMES HOFBAUER IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF OHIO**<br><br>Date: October 29, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Crtrm: 11, 19th Floor<br><br>Complaint Filed: July 28, 2010<br>Trial Date: None |

Case No. C 10-03305 JSW  DECLARATION OF JAMES HOFBAUER IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

I, JAMES HOFBAUER, declare:

1. I am the Executive Vice President and CFO of Plaintiff Innovative Interfaces, Inc. ("Innovative"), a California corporation. I have personal knowledge of the facts set forth herein and if sworn to testify would and could competently testify thereto.

2. Innovative has its headquarters in Emeryville, California, and has been in business for almost 30 years. All corporate and transactional records and related documents, software and servers are maintained in Emeryville at its corporate headquarters. I have personal knowledge of the conduct and events described in the Complaint that have harmed Innovative.

3. Innovative has been in discussions with several representatives of statewide management of the University of California ("UC"), whose principal offices are located in Oakland, California, concerning the installation and use of OCLC's product known as WorldCat Local as a replacement for a "next generation" of UC's Melvyl Catalog. This OCLC commercial product was developed with the assistance of many UC resources, including librarians at several UC campuses, without competitive bidding and without following required procurement practices because, UC officials have stated, such assistance was an obligation of OCLC membership. Several librarians and executives at UC are critical witnesses in this case and are identified in Exhibit A of Ms. Straus's Declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 27, 2010     By:  */s/ James Hofbauer*
                                   JAMES HOFBAUER

- 1 -

Case No. C 10-03305 JSW | DECLARATION OF JAMES HOFBAUER IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

- 2 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45 § X(B)**

The ECF registered attorney, by virtue of his/her electronic filing of this document, attests that in concurrence with the filing of this document, original signatures have been obtained from each of the signatories named herein.

DATED: September 27, 2010         By:  */s/ Mary Jo Shartsis*
                                       MARY JO SHARTSIS

5556\005\1673253.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No. C 10-03305 JSW

DECLARATION OF JAMES HOFBAUER IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER