# Exhibit A

Case3:10-cv-03305-JSW   Document24-1   Filed09/27/10   Page2 of 23



**ies** NATIONAL CENTER FOR EDUCATION STATISTICS

## Academic Libraries: 2008
First Look

NCES 2010-348
December 2009

## Introduction

This report presents tabulations for the 2008 Academic Libraries Survey (ALS) conducted by the United States Department of Education's National Center for Education Statistics (NCES), within the Institute of Education Sciences. An academic library is defined as an entity in a postsecondary institution that provides all of the following: an organized collection of printed or other materials, or a combination thereof; a staff trained to provide and interpret such materials as required to meet the informational, cultural, recreational, or educational needs of the clientele; an established schedule in which services of the staff are available to the clientele; and the physical facilities necessary to support such a collection, staff, and schedule. This definition includes libraries that are part of learning resource centers. Branch and independent libraries are defined as auxiliary library service outlets with quarters separate from the central library that houses the basic collection. The central library administers the branches. In ALS, libraries on branch campuses that have separate NCES identification numbers are reported as separate libraries.

When academic libraries are referred to in this report, they will always be entities that are informational resources within degree-granting postsecondary institutions in the United States, including institutions that are eligible for Title IV aid and branch campuses of Title IV-eligible institutions.

NCES has conducted the Academic Libraries Survey since 1966 at various intervals. Beginning with the 1988 survey though, the Academic Libraries Survey has been conducted on a 2-year cycle. The survey focuses on library services, collections, library staff, expenditures, electronic services, and information literacy.

Only selected findings are presented because the purpose of this report is to introduce new data through the presentation of tables containing descriptive information. These findings have been chosen to demonstrate the range of information available when using the ALS rather than to discuss all of the observed differences, and they are not meant to emphasize any particular issue.

Three appendixes follow this report. Appendix A contains technical notes, survey methodology, methodological tables. Appendix B contains the glossary. Appendix C contains the survey questionnaire and instructions.

Case3:10-cv-03305-JSW Document24-1 Filed09/27/10 Page3 of 23



**ies** NATIONAL CENTER FOR EDUCATION STATISTICS

## Academic Libraries: 2008
First Look

NCES 2010-348
December 2009

Table A-3. Total number of academic libraries, by level, control of institution, and state: 2008

| State | Total postsecondary degree-granting institutions | 4-year institutions | | | | Less than 4-year | Public | Private |
|---|---|---|---|---|---|---|---|---|
| | | Total 4-year institutions | Highest level of degree | | | | | |
| | | | Doctor's | Master's | Bachelor's | | | |
| United States | 3,827 | 2,393 | 721 | 911 | 730 | 1,434 | 1,576 | 2,251 |
| Alabama | 66 | 39 | 11 | 13 | 15 | 27 | 39 | 27 |
| Alaska | 6 | 4 | 1 | 2 | 1 | 2 | 5 | 1 |
| Arizona | 57 | 29 | 7 | 7 | 14 | 28 | 24 | 33 |
| Arkansas | 46 | 22 | 6 | 7 | 9 | 24 | 33 | 13 |
| California | 359 | 202 | 72 | 73 | 52 | 157 | 147 | 212 |
| Colorado | 67 | 38 | 12 | 10 | 16 | 29 | 26 | 41 |
| Connecticut | 45 | 29 | 11 | 9 | 8 | 16 | 22 | 23 |
| Delaware | 9 | 6 | 4 | 2 | 0 | 3 | 5 | 4 |
| District of Columbia | 15 | 15 | 7 | 6 | 1 | 0 | 2 | 13 |
| Florida | 161 | 109 | 21 | 41 | 46 | 52 | 39 | 122 |
| Georgia | 117 | 65 | 17 | 27 | 20 | 52 | 67 | 50 |
| Hawaii | 19 | 12 | 4 | 4 | 4 | 7 | 9 | 10 |
| Idaho | 13 | 9 | 3 | 2 | 4 | 4 | 7 | 6 |
| Illinois | 164 | 105 | 41 | 31 | 33 | 59 | 60 | 104 |
| Indiana | 81 | 62 | 14 | 27 | 21 | 19 | 28 | 53 |
| Iowa | 63 | 46 | 8 | 17 | 21 | 17 | 19 | 44 |
| Kansas | 58 | 30 | 5 | 12 | 13 | 28 | 32 | 26 |
| Kentucky | 68 | 40 | 8 | 16 | 16 | 28 | 24 | 44 |
| Louisiana | 51 | 29 | 11 | 10 | 7 | 22 | 26 | 25 |
| Maine | 29 | 19 | 4 | 6 | 9 | 10 | 15 | 14 |
| Maryland | 55 | 36 | 15 | 18 | 3 | 19 | 30 | 25 |
| Massachusetts | 116 | 93 | 31 | 40 | 19 | 23 | 31 | 85 |
| Michigan | 97 | 65 | 19 | 22 | 22 | 32 | 44 | 53 |
| Minnesota | 98 | 64 | 16 | 20 | 26 | 34 | 42 | 56 |
| Mississippi | 40 | 20 | 6 | 9 | 5 | 20 | 26 | 14 |
| Missouri | 108 | 75 | 23 | 23 | 29 | 33 | 33 | 75 |
| Montana | 21 | 10 | 2 | 5 | 3 | 11 | 16 | 5 |
| Nebraska | 40 | 28 | 5 | 14 | 9 | 12 | 15 | 25 |
| Nevada | 17 | 11 | 2 | 2 | 7 | 6 | 7 | 10 |
| New Hampshire | 26 | 18 | 5 | 6 | 7 | 8 | 11 | 15 |
| New Jersey | 55 | 35 | 15 | 15 | 5 | 20 | 32 | 23 |
| New Mexico | 39 | 19 | 3 | 9 | 7 | 20 | 28 | 11 |
| New York | 285 | 205 | 69 | 89 | 44 | 80 | 80 | 205 |

Case3:10-cv-03305-JSW  Document24-1  Filed09/27/10  Page4 of 23

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| North Carolina | 127 | 64 | 16 | 22 | 26 | 63 | 75 | 52 |
| North Dakota | 20 | 12 | 3 | 2 | 7 | 8 | 14 | 6 |
| Ohio | 171 | 93 | 24 | 44 | 22 | 78 | 50 | 121 |
| Oklahoma | 52 | 35 | 7 | 17 | 11 | 17 | 29 | 23 |
| Oregon | 54 | 34 | 9 | 16 | 9 | 20 | 25 | 29 |
| Pennsylvania | 194 | 121 | 48 | 49 | 24 | 73 | 37 | 157 |
| Rhode Island | 14 | 12 | 5 | 4 | 2 | 2 | 3 | 11 |
| South Carolina | 65 | 40 | 6 | 18 | 15 | 25 | 33 | 32 |
| South Dakota | 23 | 17 | 5 | 10 | 2 | 6 | 12 | 11 |
| Tennessee | 94 | 65 | 18 | 21 | 25 | 29 | 22 | 72 |
| Texas | 202 | 104 | 51 | 27 | 25 | 98 | 104 | 98 |
| Utah | 25 | 16 | 3 | 6 | 7 | 9 | 9 | 16 |
| Vermont | 20 | 19 | 2 | 13 | 4 | 1 | 5 | 15 |
| Virginia | 99 | 63 | 20 | 17 | 24 | 36 | 39 | 60 |
| Washington | 68 | 39 | 10 | 16 | 13 | 29 | 41 | 27 |
| West Virginia | 32 | 23 | 3 | 12 | 7 | 9 | 15 | 17 |
| Wisconsin | 67 | 46 | 12 | 23 | 11 | 21 | 31 | 36 |
| Wyoming | 9 | 1 | 1 | 0 | 0 | 8 | 8 | 1 |

SOURCE: U.S. Department of Education, National Center for Education Statistics, Academic Libraries Survey, 2008.

# Exhibit B

## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,576 | 7,295 | 7,970 | 8,683 | 6,362 | 6,727 | U.S. | Circuit |
| | Terminations | | 7,403 | 7,402 | 6,777 | 6,983 | 6,966 | 6,471 | | |
| | Pending | | 8,579 | 8,882 | 9,005 | 8,157 | 6,557 | 7,267 | | |
| | % Change in Total Filings | Over Last Year | 3.9 | | | | | | 44 | 11 |
| | | Over Earlier Years | | -5.0 | -12.8 | 19.1 | 12.6 | | 13 | 5 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | 22.0 | 5.9 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 541 | 521 | 569 | 620 | 455 | 480 | 19 | 6 |
| | | Civil | 433 | 441 | 505 | 558 | 390 | 413 | 15 | 4 |
| | | Criminal Felony | 64 | 42 | 33 | 37 | 39 | 44 | 49 | 10 |
| | | Supervised Release Hearings** | 44 | 38 | 31 | 25 | 26 | 23 | 18 | 7 |
| | Pending Cases | | 613 | 634 | 643 | 583 | 468 | 519 | 10 | 2 |
| | Weighted Filings** | | 607 | 592 | 624 | 621 | 543 | 581 | 9 | 4 |
| | Terminations | | 529 | 529 | 484 | 499 | 498 | 462 | 20 | 5 |
| | Trials Completed | | 6 | 6 | 8 | 8 | 10 | 10 | 93 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 6.9 | 11.2 | 12.4 | 11.2 | 12.6 | 11.1 | 17 | 3 |
| | | Civil** | 9.4 | 7.7 | 6.7 | 7.4 | 9.8 | 8.2 | 57 | 11 |
| | From Filing to Trial** (Civil Only) | | 24.5 | 30.0 | 24.9 | 25.0 | 28.0 | 22.5 | 36 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 1,220 | 488 | 393 | 528 | 530 | 430 | | |
| | | Percentage | 15.7 | 6.0 | 4.7 | 7.3 | 9.5 | 6.9 | 86 | 15 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.2 | 1.5 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 77.51 | 64.09 | 53.81 | 59.09 | 55.21 | 61.19 | | |
| | | Percent Not Selected or Challenged | 48.5 | 42.1 | 41.9 | 43.2 | 31.0 | 48.9 | | |

| 2009 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6059 | 101 | 290 | 1526 | 99 | 214 | 612 | 582 | 349 | 448 | 753 | 92 | 993 |
| Criminal* | 888 | 9 | 154 | 357 | 103 | 104 | 30 | 25 | 9 | 19 | 31 | 28 | 19 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."

## 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6175 | 97 | 326 | 1877 | 92 | 75 | 564 | 557 | 246 | 479 | 710 | 162 | 990 |
| Criminal* | 575 | 3 | 83 | 221 | 75 | 83 | 19 | 39 | 4 | 10 | 13 | 5 | 20 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

**2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | 1 | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7074 | 122 | 975 | 1610 | 94 | 44 | 534 | 527 | 243 | 533 | 732 | 422 | 1238 |
| Criminal* | 455 | 6 | 72 | 162 | 40 | 64 | 11 | 38 | 5 | 6 | 16 | 15 | 20 |

**2006 CIVIL AND CRIMINAL FELONY FILINGS BY <u>NATURE OF SUIT AND OFFENSE</u>**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7812 | 128 | 2118 | 1540 | 105 | 23 | 487 | 577 | 481 | 464 | 745 | 105 | 1039 |
| Criminal* | 507 | 16 | 58 | 134 | 70 | 89 | 18 | 28 | 8 | 9 | 15 | 27 | 35 |

**2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---------|-------|-----|-----|------|----|----|-----|-----|-----|-----|-----|----|-----|
| Civil | 5465 | 147 | 171 | 1546 | 97 | 27 | 531 | 569 | 333 | 467 | 807 | 89 | 681 |
| Criminal* | 523 | 2 | 82 | 121 | 88 | 89 | 22 | 29 | 7 | 16 | 15 | 31 | 21 |

| or Challenged |
|---|

### 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 5785 | 194 | 86 | 1517 | 84 | 92 | 525 | 551 | 423 | 436 | 961 | 48 | 868 |
| Criminal* | 608 | 156 | 5 | 81 | 6 | 28 | 99 | ** | 19 | 112 | 5 | 25 | 72 |

# EXPLANATION OF SELECTED TERMS

## VACANT JUDGESHIP MONTHS

Vacant judgeship months are the total number of months that vacancies occurred in any judgeship position in a circuit or district. On September 30, 2008, a total of 23 vacancies existed in the district courts, and 11 vacancies existed in the U.S. courts of appeals (excluding the Federal Circuit).

## VISITING JUDGE ACTIVITY

Court profiles for both the courts of appeals and district courts reflect only caseloads for judges within the circuit/district; the profiles do not address judges' activity when visiting other circuits/districts. Detailed data on visiting judges can be found in Tables V-1 and V-2 of *Judicial Business of the United States Courts*.

## SUPERVISED RELEASE HEARINGS

Beginning with *2002 Federal Court Management Statistics,* data on hearings on violations of supervised release and probation are included in the district court profiles. These hearings, which are conducted when defendants violate the terms of supervised release or probation, can result in the modification of conditions or the revocation of supervision. In addition to providing data for the category of supervised release hearings filed per authorized judgeship, data on these hearings are included in the totals for overall filings and terminations, filings and terminations per authorized judgeship, and weighted filings per authorized judgeship. These changes to the district court profiles were approved by the Judicial Conference Subcommittee on Judicial Statistics.

## WEIGHTED FILINGS

Weighted filings statistics account for the different amounts of time district judges require to resolve various types of civil and criminal actions. The federal Judiciary has employed techniques for assigning weights to cases since 1946. In 2004, the Judicial Resources Committee of the Judicial Conference of the United States approved a civil and criminal case weighting system proposed by the Federal Judicial Center. On a national basis, weighted filings did not change significantly after the implementation of the new case weights. More than two-thirds of all district courts saw their weighted filings change by 10 percent or less. Average civil cases or criminal defendants each receive a weight of approximately 1.0; for more time-consuming cases, higher weights are assessed (e.g., a death-penalty habeas corpus case is assigned a weight of 12.89); and cases demanding relatively little time from judges receive lower weights (e.g., a defaulted student loan case is assigned a weight of 0.031). Probation revocation hearings (both evidentiary and non-evidentiary) are included as part of the weighted filings statistics. For comparative analysis in this report, the totals for weighted civil and criminal filings for prior years have been revised based on the new case weighting system. The weighted totals for criminal defendants include reopenings and transfers. Data on civil cases arising by reopening, remand, and transfer to the district by order of the Judicial Panel on Multidistrict Litigation are not included among the totals for weighted filings.

## MEDIAN

The median time elapsed is defined as the amount of time elapsed for the middle case in a series containing an odd number, or the number midway between the two middle cases in a series containing an even number, if the cases are arrayed from the least to the most time elapsed.

## MEDIAN TIMES:  CRIMINAL FELONY

For criminal felony defendants, median time intervals are calculated using the period from the date a defendant's case was filed to the date that the defendant either was found guilty or was sentenced.

## MEDIAN TIMES: CIVIL

For civil cases, median time intervals are calculated using the period from the date a case was filed to the date of its disposition.  Median times from filing to disposition reflect all terminated civil cases, regardless of whether they were disposed of by trial or some other method. Civil median times exclude data for civil cases involving land condemnation, prisoner petitions, deportation reviews, recovery of overpayments, and enforcements of judgments. Because courts can quickly process cases involving the recovery of overpayments (which primarily address veterans' benefits) and enforcements of judgments (which primarily address student loans), including data on these cases would shorten the civil median times for some courts to the point of giving an inaccurate impression of the time usually required to process a case in the federal courts.

## MEDIAN TIMES: FROM FILING TO TRIAL

For civil cases, median times from filing to trial are computed using the period from the date a case was filed to the date trial began. For any reopened civil case resulting in a second completed trial, the median time is based on the case's original filing date and the date the trial was completed.

## CIVIL CASES OVER THREE YEARS OLD

Data for cases pending three years or more may not match those presented in the Civil Justice Reform Act (CJRA) reports because the profiles presented herein include data for cases on appeal in other courts (i.e., the Supreme Court, courts of appeals, other district courts, and state courts), whereas the CJRA reporting guidelines exclude such data.

## CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT/OFFENSE

Prior to 2005, alphabetical codes corresponded to different offenses and natures of suit. Therefore, data for 2005 and thereafter are not comparable to data for earlier years.

# Nature of Suit/Offense Codes

**CIVIL CODES**

**A** Social Security
**B** Personal Injury/Product Liability
**C** Prisoner Petitions
**D** Forfeitures and Penalties and Tax Suits
**E** Real Property
**F** Labor Suits
**G** Contracts
**H** Torts(other than Personal/Injury/Product Liability)
**I** Copyright, Patent, and Trademark
**J** Civil Rights
**K** Antitrust
**L** All Other Civil

**CRIMINAL FELONY CODES**

**A** Marijuana
**B** All Other Drugs
**C** Immigration
**D** Firearms and Explosives
**E** Fraud
**F** Violent Offenses
**G** Sex Offenses
**H** Forgery and Counterfeiting
**I** Larceny and Theft
**J** Justice System Offenses
**K** Regulatory Offenses
**L** All Other Criminal Felony Cases

# Exhibit C

## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| OHIO SOUTHERN | | | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OVERALL CASELOAD STATISTICS** | Filings* | | 3,393 | 3,330 | 3,524 | 3,066 | 3,223 | 3,466 | U.S. | Circuit |
| | Terminations | | 3,219 | 3,626 | 3,340 | 3,296 | 3,392 | 3,177 | | |
| | Pending | | 3,460 | 3,281 | 3,560 | 3,422 | 3,637 | 3,788 | | |
| | % Change in Total Filings | Over Last Year | 1.9 | | | | | | 54 | 6 |
| | | Over Earlier Years | | -3.7 | 10.7 | 5.3 | -2.1 | | 33 | 4 |
| Number of Judgeships | | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| Vacant Judgeship Months** | | | 8.9 | .0 | .0 | 7.0 | 10.0 | .2 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 425 | 416 | 441 | 383 | 403 | 434 | 46 | 4 |
| | | Civil | 334 | 333 | 355 | 297 | 319 | 358 | 40 | 5 |
| | | Criminal Felony | 64 | 54 | 52 | 62 | 60 | 56 | 49 | 6 |
| | | Supervised Release Hearings** | 27 | 29 | 34 | 24 | 24 | 20 | 38 | 4 |
| | Pending Cases | | 433 | 410 | 445 | 428 | 455 | 474 | 29 | 4 |
| | Weighted Filings** | | 466 | 454 | 458 | 437 | 483 | 516 | 40 | 4 |
| | Terminations | | 402 | 453 | 418 | 412 | 424 | 397 | 51 | 4 |
| | Trials Completed | | 21 | 22 | 24 | 20 | 21 | 19 | 41 | 4 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 9.5 | 8.9 | 8.7 | 9.0 | 8.0 | 7.6 | 52 | 4 |
| | | Civil** | 10.6 | 10.3 | 10.6 | 12.6 | 11.3 | 12.1 | 76 | 7 |
| | From Filing to Trial** (Civil Only) | | 26.0 | 36.0 | 28.4 | 27.0 | 32.0 | 26.0 | 39 | 5 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 187 | 196 | 197 | 240 | 198 | 212 | | |
| | | Percentage | 6.7 | 7.2 | 6.5 | 8.3 | 6.4 | 6.4 | 66 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.5 | 1.5 | 1.3 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 48.28 | 53.66 | 53.24 | 50.60 | 44.80 | 27.75 | | |
| | | Percent Not Selected or Challenged | 37.8 | 36.9 | 42.8 | 48.6 | 34.3 | 33.3 | | |

*12-MONTH PERIOD ENDING SEPTEMBER 30*

| 2009 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2668 | 319 | 69 | 437 | 72 | 32 | 291 | 328 | 179 | 96 | 601 | 9 | 235 |
| Criminal* | 498 | 18 | 132 | 61 | 98 | 57 | 18 | 47 | 10 | 18 | 6 | 10 | 23 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."

**2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2666 | 311 | 51 | 420 | 63 | 177 | 260 | 317 | 145 | 95 | 588 | 5 | 234 |
| Criminal* | 418 | 14 | 142 | 23 | 67 | 80 | 9 | 25 | 8 | 8 | 8 | 14 | 20 |

## 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2836 | 289 | 64 | 368 | 57 | 388 | 287 | 293 | 152 | 112 | 566 | 4 | 256 |
| Criminal* | 406 | 14 | 117 | 13 | 77 | 84 | 16 | 18 | 18 | 7 | 4 | 12 | 26 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

**2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2374 | 232 | 97 | 295 | 55 | 20 | 291 | 313 | 164 | 114 | 568 | 19 | 206 |
| Criminal* | 490 | 13 | 125 | 11 | 108 | 102 | 24 | 31 | 21 | 16 | 3 | 8 | 28 |

### 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2552 | 261 | 119 | 307 | 65 | 27 | 314 | 301 | 161 | 159 | 596 | 19 | 223 |
| Criminal* | 472 | 12 | 112 | 10 | 115 | 96 | 29 | 20 | 14 | 11 | 12 | 9 | 32 |

**2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2862 | 234 | 28 | 293 | 74 | 36 | 359 | 342 | 255 | 106 | 665 | 15 | 455 |
| Criminal* | 430 | 13 | 12 | 101 | 3 | 29 | 99 | ** | 38 | 85 | 2 | 14 | 34 |